

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2018

No. 04-18-00682-CV

**IN RE REINA S.C.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

On September 23, 2018, relator filed a petition for writ of mandamus. A response was filed on November 13, 2018. On December 5, 2018, our opinion denying relator's petition for writ of mandamus issued. On December 14, 2018, relator filed a motion for en banc reconsideration. After review, the en banc court denies relator's motion for en banc reconsideration.

It is so **ORDERED** on December 21, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-PA-01865, styled *In the Interest of J.J.R.S. and L.J.R.S., Children*, pending in the 37th Judicial District Court, Bexar County, Texas. The Honorable Charles E. Montemayor, Associate Judge, signed the order at issue in this original proceeding.